UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Versea Diagnostics, LLC,

    Plaintiff,

v.                                                           CASE NO. 8:24-cv-01237-SDM-CPT

SOS Abundabox LLC et al,

    Defendants.
_____/

**ORDER**

    Alleging fraudulent misrepresentation, negligent misrepresentation, and breach of contract, Versea Diagnostics, LLC sues (Doc. 34) SOS Abundabox LLC, Summit Services, Inc., Emily Jones, and Kirk Oetken. Summit Services moves (Doc. 46) to dismiss the complaint under Rule 12(b)(2), Federal Rules of Civil Procedure, for lack of personal jurisdiction. Versea responds (Doc. 66) and Summit Servies replies. (Doc. 73)

    Jones and Oetken ("the executives") are Colorado citizens and officers of both Abundabox and Summit Services. (Doc. 34 at ¶¶ 5-6) Both Abundabox and Summit Services have their principal place of business in Colorado, with Abundabox incorporated in Wyoming and Summit Services incorporated in California. (Doc. 34 at ¶¶ 3-4) Versea is a Florida-based company incorporated in Delaware. (Doc. 34 at ¶ 2)

    In June 2023, the executives, on behalf of Abundabox, solicited investments from a Versea board member during a dinner in Florida. (Doc. 34 at ¶ 11) Following

a series of phone calls and emails[1] between Versea and the executives, during which they misrepresented the profitability of Abundabox, Versea invited the executives back to Florida in August 2023, where the executives delivered a Power Point presentation containing additional misrepresentations to Versea's management team. (Doc. 34 at ¶¶ 12-20) This Power Point repeatedly bears the name and trademark of both Abundabox and "Summit One Source," which is the trade name of Summit Services. Specifically, the appellation "Summit One Source" is found at the following locations in the Power Point:

- The first slide, which reads "Summit One Source presents Health Pack by Abundabox™."

- The bottom right corner of slides 3, 4, 6, 8, 9, 10, 12, 13, 14, 15, 16, 18, and 19, which bear the logo of Summit One Source.

- Slide 17, the top of which features the same logo.

- The bottom of every slide in the Power Point, which reads "Confidential. Copyright Summit One Source 2023." (Doc. 34-1)

Following this meeting, Versea entered into a series of business agreements with Abundabox. (Doc. 34 at ¶¶ 26-27) Although the written contracts (Doc. 34-3; Doc. 50) formally established Abundabox as Versea's business partner, Summit Services, operating as Summit One Source, participated in the transactions

---

[1] The executives sent these emails from accounts associated with Summit Services.

contemplated by the contracts. This is revealed by the following exhibits to the amended complaint:

- An August 25, 2023, invoice for $180,000 of goods purchased by Versea for delivery to Summit One Source.

- A September 21, 2023, invoice exceeding $68,000 for goods purchased by Versea for delivery to Summit One Source.

- A September 22, 2023, invoice exceeding $97,000 for goods purchased by Versea for delivery to Summit One Source.

- Two invoices dated September 27 and 29, 2023, each for $48,000 of goods purchased by Versea for delivery to Summit One Source.

- Three bills of lading dated August 28, September 1, and September 5 2023, billed to Versea for shipment to Summit One Source.

- A UPS "shipment receipt' dated September 18, 2023, and stating that Versea shipped 24 packages, each weighing 25 pounds, to Summit One Source. (Doc. 34-2)

After repeated failure by the defendants to pay as required by the contract, Versea brought this action. (Doc. 34 at ¶¶ 36-37)

Florida's long-arm statute provides that a defendant becomes subject to specific jurisdiction under Section 48.193(1)(a)(1) if the defendant "engag[es] in a business or business venture" in Florida; under Section 48.193(1)(a)(2) if the defendant, even if physically outside Florida, commits a tort within Florida; and under Section 48.193(1)(a)(7) if the defendant breaches a contract in Florida by failing to perform

- 3 -

acts required "to be performed in Florida." Specific jurisdiction "requires a causal connection between the defendant's activities in Florida and the plaintiff's cause of action." *Stonepeak Partners, LP v. Tall Tower Cap., LLC*, 231 So. 3d 548, 552 (Fla. 2d DCA 2017).

Although contradicting Versea's amended complaint in certain particulars, the defendant questions the authenticity of neither the invoices nor the Power Point slides. "[C]onstru[ing] all reasonable inferences in favor of the plaintiff," these documents establish personal jurisdiction over Summit Services by revealing the close relation between Summit Services and Abundabox and at least hundreds of thousands of dollars in transactions between Summit Services and Versea during the contract. *Posner v. Essex Ins. Co.*, 178 F.3d 1209, 1215 (11th Cir. 1999).

The defendant's motion is **DENIED**.

ORDERED in Tampa, Florida, on September 22, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE